# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

United States of America
v.
Matthew Erausquin, a/k/a Matt Hammond

*Defendant(s)*

Case No. 1:20-MJ-312-JFA

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 2017- September 2019__ in the city/county of __Arlington and elsewhere__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1591(a)(1), (b)(2), (c) | Sex trafficking minor victims |

This criminal complaint is based on these facts:

See Affidavit

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Maureen Cain
*Printed name and title*

*Complainant's signature*

Christopher Rekas, Detective Fairfax County
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone _____ *(specify reliable electronic means).*

Date: November 16, 2020

City and state: Alexandria, VA

John F. Anderson
Digitally signed by John F. Anderson
Date: 2020.11.16 11:38:14 -05'00'
*Judge's signature*

John F. Anderson, U.S. Magistrate Judge
*Printed name and title*