# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☐ Under Seal

City: Arlington, VA
County: Arlington County

Superseding Indictment:
Same Defendant:
Magistrate Judge Case No. 1-20-MJ-312-JFA
Search Warrant Case No.

Judge Assigned:
Criminal No.
New Defendant:
Arraignment Date:
R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Matthew Erausquin   **Alias(es):** Matt Hammond   ☐ Juvenile   FBI No.

**Address:** XXXXXXXXXXXXX, Arlington, VA 22201

**Employment:** Consumer Litigation Associates

**Birth Date:** x/xx/1975   **SSN:** XXXXXXXXX   **Sex:** Male   **Race:** Caucasian   **Nationality:**

**Place of Birth:**   **Height:**   **Weight:**   **Hair:** dark   **Eyes:** brown   **Scars/Tattoos:**

☐ Interpreter   **Language/Dialect:**   **Auto Description:**

### Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody
☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested
☐ Arrest Warrant Pending   ☒ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:**   ☐ Court Appointed   **Counsel Conflicts:** Federal Public Defender's Office
**Address:**   ☐ Retained   Jennifer Leffler
**Phone:**   ☐ Public Defender   ☒ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Maureen C. Cain   **Phone:** 703-299-3892   **Bar No.** PA 92152

**Complainant Agency - Address & Phone No. or Person & Title:**

Detective Chris Rekas

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 1591 | Sex Trafficking of Minors | 1 | Felony |
| Set 2: | | | | |

**Date:** November 16, 2020   **AUSA Signature:** Maureen Cain

*may be continued on reverse*