IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 1:20-MJ-312-JFA |
| ) | |
| MATTHEW ERAUSQUIN, a/k/a ) | **UNDER SEAL** |
| MATT HAMMOND ) | |
| ) | |
| Defendant. ) | |

## ORDER TO SEAL

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the criminal complaint, supporting affidavit, arrest warrant, the Motion to Seal, and proposed Order in this matter; and

The COURT, having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in avoiding flight of the defendant or other actions that may jeopardize the investigation; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material;

It is hereby ORDERED that, the criminal complaint, supporting affidavit, arrest warrant, Motion to Seal, and this Order are sealed until the arrest of the defendant.

It is further ORDERED that (1) a certified copy of the criminal complaint and arrest warrant be provided to those law enforcement officers involved in the prosecution of this case,

including FBI, (2) a copy of the sealed criminal complaint and arrest warrant be made available as necessary to facilitate the arrest or extradition of the defendant and provided to agents or officers of the FBI for execution.

John F. Anderson
Digitally signed by John F. Anderson
Date: 2020.11.16 11:38:46 -05'00'

John F. Anderson
United States Magistrate Judge

Date: November 16, 2020
Alexandria, Virginia