CLOSED

# U.S. District Court
## Southern District of Florida (Miami)
### CRIMINAL DOCKET FOR CASE #: 1:20−mj−04049−LMR−1

| | |
|---|---|
| Case title: USA v. Erausquin | Date Filed: 11/19/2020 |
| Other court case number: 1:20−MJ−312 Eastern District of Virginia | Date Terminated: 11/25/2020 |

Assigned to: Magistrate Judge Lisette M. Reid

**Defendant (1)**

| | | |
|---|---|---|
| **Matthew Erausquin**<br>18078−509<br>*YOB: 1975; ENGLISH*<br>*TERMINATED: 11/25/2020*<br>*also known as*<br>Matt Hammond<br>*TERMINATED: 11/25/2020* | represented by | **Noticing FPD−MIA**<br>305−530−7000<br>Email: MIA_ECF@FD.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| E/D/VA/WARR/COMP/18:1591 Sex Trafficking of Minors | |

**Plaintiff**

**USA**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|

1

| 11/19/2020 | 1 | | Magistrate Removal of Complaint from Eastern District of Virginia Case number in the other District 1:20−MJ−312 as to Matthew Erausquin (1). (yha) (Entered: 11/20/2020) |
| --- | --- | --- | --- |
| 11/19/2020 | 2 | | ORDER UNSEALING CASE as to Matthew Erausquin. Signed by Magistrate Judge Lisette M. Reid on 11/19/2020. *See attached document for full details.* (cg1) (Entered: 11/20/2020) |
| 11/19/2020 | 3 | | Minute Order for proceedings held before Magistrate Judge Lisette M. Reid: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Matthew Erausquin held on 11/19/2020. Date of Arrest or Surrender: 11/19/20. (Detention Hearing set for 11/23/2020 01:30 PM in Miami Division before MIA Duty Magistrate. Removal Hearing set for 11/23/2020 01:30 PM in Miami Division before MIA Duty Magistrate. Report Re: Counsel Hearing set for 11/23/2020 01:30 PM in Miami Division before MIA Duty Magistrate.) (Digital 14:14:54)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the obligation of the United States to produce all exculpatory and impeachment evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court. Signed by Magistrate Judge Lisette M. Reid on 11/19/2020. (cg1) (Entered: 11/20/2020) |
| 11/23/2020 | 4 | | Minute Order for proceedings held before Magistrate Judge Edwin G. Torres: **Report Re Counsel** Hearing as to Matthew Erausquin held on 11/23/2020. Status Conference Re: Detention/Removal as to Matthew Erausquin held on 11/23/2020. (Detention Hearing reset for 11/25/2020 01:30 PM in Miami Division before MIA Duty Magistrate. Removal Hearing reset for 11/25/2020 01:30 PM in Miami Division before MIA Duty Magistrate.) Attorney added: Noticing FPD−MIA provisionally appointed for Matthew Erausquin (EGT−01−11−23−2020−ZOOM − 1:44 p.m.) Signed by Magistrate Judge Edwin G. Torres on 11/23/2020. (cg1) (Entered: 11/24/2020) |
| 11/25/2020 | 5 | | Minute Order for proceedings held before Magistrate Judge Edwin G. Torres: Status Conference re: detention/removal as to Matthew Erausquin held on 11/25/2020. (EGT−01−11−25−2020−ZOOM−1:37pm) Signed by Magistrate Judge Edwin G. Torres on 11/25/2020. (cg1) (Entered: 11/30/2020) |
| 11/25/2020 | 6 | | COMMITMENT TO ANOTHER DISTRICT as to Matthew Erausquin. Defendant committed to the Eastern District of Virginia. Closing Case for Defendant. Signed by Magistrate Judge Edwin G. Torres on 11/25/2020. *See attached document for full details.* (cg1) (Entered: 12/01/2020) |

# United States District Court
# Southern District of Florida

Case No. 20-4049-REID

UNITED STATES OF AMERICA,

    v.

                                               Charging District's Case No. 1:20-MJ-312-JFA

Matthew Erausquin,
(USM# 18078-509)

_____/

### COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Eastern District of Virginia.

**AFPD was appointed provisionally to represent Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the S/D of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

      **DONE AND ORDERED** at Miami, Florida on 11/25/20.

                                                                          _____
                                                                            **Edwin G. Torres**
                                                                            **United States Magistrate Judge**

# MINUTE ORDER

Page 1

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5      Date: 11/25/20      Time: 1:30 p.m.

Defendant: Matthew Erausquin     J#: 18078-509     Case #: 20-4049-MJ-REID
AUSA: Eli Rubin     Attorney: Chris Amolsch – ED/ Virginia
Violation: Warr/Complt/E/D/VA/Sex Trafficking     Surr/Arrest Date:     YOB:
Proceeding: Ptd & Removal     CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond: Ptd
**Bond Set**     **Pretrial Detention - STIPULATED**     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
- ☐ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: English

Disposition:
Defendant consents to appear by VTC
The parties **STIPULATE** to Pretrial
Detention, with the right to revisit
**(NO HEARING HELD).** The Court finds
Waiver is knowing and voluntary and
accepts **the ORAL Waiver of Removal**
and defendant is ordered removed to
the ED/Virginia.

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. EGT-01-11-25-2020-ZOOM – **1:37 pm**     Time in Court: 4

s/Edwin G. Torres     Magistrate Judge

40

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 20-4049-MJ-REID (SEALED)

UNITED STATES OF AMERICA,
    Plaintiff,

V.

Matthew Erausquin,
    Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 11/19/2020

_____
**Lisette M. Reid**
**UNITED STATES MAGISTRATE JUDGE**

# MINUTE ORDER

Page 2

## Magistrate Judge Lisette M. Reid

Atkins Building Courthouse – 9th Floor          Date: 11/19/2020   Time: 1:30 p.m.

Defendant: Matthew Erausquin          J#: 18078-509   Case #: 20-4049-MJ-REID SEALED
AUSA: Cary Aronovitz          Attorney:
Violation: E/D/VA/WARR/COMP/Sex Trafficking Minors          Surr/Arrest Date: 11/19/2020   YOB: 1975

Proceeding: Initial Appearance          CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No          Recommended Bond:
Bond Set at:          Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs          Language: English

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:
☐ Other:

Disposition:
- Deft advised of his rights & Charge
- Deft consented to proceed by VTC.
- Gov't PTD: Risk of Flight & Danger to the Community
- Deft needs ~~to practice~~ Time to retain counsel
- Brady Warning given

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE** Date:   Time:   Judge:   Place:
(Report RE Counsel:)
(PTD) Bond Hearing:  11/23  1:30  Duty  Miami
Prelim/Arraign or (Removal:)
Status Conference RE:
D.A.R. 14:14:54          Time in Court: 15 minutes

s/Lisette M. Reid          Magistrate Judge

# MINUTE ORDER

Page 2

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**   Date: 11/23/20   Time: 1:30 p.m.

Defendant: **Matthew Erausquin**   J#: 18078-509   Case #: 20-4049-REID

AUSA: Brooke Watson   Attorney: Chris Amolsch – ED Virginia

Violation: Warr/Complt/ED-VA/Sex Trafficking of Minors   Surr/Arrest Date:   YOB:

Proceeding: RRC, Detention, Removal   CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond:

Bond Set at:   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

**Disposition:**
**Defendant was not ordered from FDC and was NOT PRESENT.**
Counsel has not been admitted to practice in Florida. The Court **APPOINTS the AFPD provisionally.** Counsel from Virginia is allowed to file Pro Hac Vice Mition

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

*Report RE Counsel:*
*PTD Hearing:*   11/25/20   1:30 pm   *Miami Duty*
*Removal Hearing:*   11/25/20   1:30 pm   *Miami Duty*
Status Conference RE:
D.A.R. EGT-01-11-23-2020-ZOOM – **1:44 pm**   Time in Court: 5

s/Edwin G. Torres   Magistrate Judge