IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 20-MJ-312-JFA |
| ) | |
| MATTHEW J. ERAUSQUIN, ) | |
| a/k/a MATT HAMMOND, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This Court, having considered the First Motion of the United States, General Order 2020-02, 03, 06, 07, 12, 16, 18, 19, 21, 22, and 23 of the United States District Court for the Eastern District of Virginia, issued between March 13 and December 11, 2020, and the evolving public health crisis behind those measures, hereby:

INCORPORATES the findings in General Orders 2020-02, 03, 06, 07, 12, 16, 18, 19, 21, 22, and 23, and

FINDS that under 18 U.S.C. § 3161(h)(7)(A), the interests of justice require an extension of the time period set forth in 18 U.S.C. § 3161(b) for the return of an indictment in this case. The Court has considered the circumstances of this case, the factors in § 3161(h)(7)(B), and the findings in 2020-02, 03, 06, 07, 12, 16, 18, 19, 21, 22, and 23. The Court has temporarily suspended trials until January 19, 2021, because of evolving emergency circumstances and to help arrest the public-health threat posed by the spreading of the virus. Further, the Court has urged limitations on all gatherings, including gatherings within our Courtrooms, to no more than ten individuals whenever possible. The interests of justice outweigh the defendant's interest in

speedy indictment in this case, and failure to grant such a continuance would not only make a continuation of that proceeding impossible but result in a miscarriage of justice. Therefore,

IT IS ORDERED that the deadline to indict the defendant in this matter is hereby extended to February 18, 2021.

Alexandria, Virginia
December 14, 2020

/s/
Leonie M. Brinkema
United States District Judge