IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA:

V.                                          Case No. 1:20-MJ-312

Matthew Erausquin            :

NOTICE OF APPEARANCE

Please enter my appearance for Mr. Erausquin for purposes of detention hearing and preliminary hearing. The undersigned appeared via zoom along with Christopher Amolsch in the Southern District of Florida in November and we anticipate representing Mr. Erausquin throughout all proceedings. We did not conduct a detention hearing in that district and requested any hearing be held in Alexandria. Mr. Erausquin has been waiting for transfer.

**PLEASE note counsel will be out of town December 30-January 1**, but are available essentially any afternoon in January for a detention/preliminary once Mr. Erausquin arrives in this district. The Court in the Southern District has already ordered the production of *Brady* materials.

Matthew Erausquin
By Counsel

_____/s_____
Frank Salvato
1203 Duke Street

Alexandria, Virginia 22314
703-548-5000
Bar No. 30453
Frank@Salvatolaw.com

Certificate

    I hereby certify this pleading was filed with the Court's Electronic Filing System, which system will send a copy to the United States Attorney, 2100 Jamieson Avenue, Alexandria, Virginia on this 26th day of December, 2020.


_____/s_____
Frank Salvato
1203 Duke Street
Alexandria, Virginia 22314
703-548-5000
Bar No. 30453
Frank@Salvatolaw.com