IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :   Docket No.: 1:20MJ312 |
| | : |
| MATTHEW ERAUSQUIN | : |
|     Defendant. | : |

NOTICE OF APPEARANCE

THE CLERK will please enter the appearance of Christopher Amolsch as the attorney of record in the above styled case for the purposes of preliminary and detention hearing only.

Respectfully submitted,

MATTHEW ERAUSQUIN
By Counsel

_____/s/_____
CHRISTOPHER AMOLSCH
VSB #43800
12005 Sunrise Valley Drive
Suite 200
Reston, Virginia 20191
703.969.2214 (Phone)
703.774.1201 (Fax)
chrisamolsch@yahoo.com (email)
Counsel for Mr. Erausquin

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of January 2021 I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

_____/s/_____
CHRISTOPHER AMOLSCH
Counsel for Mr. Erausquin