IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)     1:20-mj-312 (JFA)<br>MATTHEW J. ERAUSQUIN,     )<br>a/k/a MATT HAMMOND,       )<br>)<br>Defendant.       | |

## ORDER

In response to the government's Second Motion to Extend Time for Indictment [Dkt. No. 14], defense counsel has raised an extremely meritorious argument regarding why defendant has not been transported to this district. [Dkt. No. 15]. Accordingly, it is hereby

ORDERED that the government arrange for defendant to be transported to this district without further delay, unless there is a good reason for delay which the government submits to the Court and to defense counsel.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 12 day of February, 2021.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge