IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal No.  1:20-MJ-312 |
| | ) |
| v. | ) |
| | ) |
| MATTHEW J. ERAUSQUIN, | ) |
| a/k/a MATT HAMMOND | ) |
| Defendant | |

**GOVERNMENT'S SUBMISSION REGARDING
THE STATUS OF DEFENDANT'S TRANSPORT**

The United States of America, by and through the undersigned, hereby provides the following information to this Honorable Court on the status of Defendant's transport to the Eastern District of Virginia:

1. On November 16, 2020, a criminal complaint and 32-page affidavit was sworn out and signed by the Honorable John F. Anderson charging the defendant with sex trafficking multiple minors in violation of 18 U.S.C. 1591(a), (b)(2), and (c).  On that same date, a car and residential search warrant was also sworn out and signed to search Defendant's car and residence located in Clarendon, Virginia.

2. Shortly after the criminal complaint was sworn out (and prior to the execution of the warrants), the defendant flew via airplane down to Miami, Florida.

3. The defendant was arrested on November 19, 2020 in Miami, Florida.

4. Defendant made his initial appearance in Miami, Florida that same day.

5. In a pretrial services report, the United States Pretrial Services recommended Defendant's detention.

6.      During a Zoom court hearing, the defendant, with defense counsel on the Zoom call, waived his right to have his detention hearing and preliminary hearing in Miami. Defendant was ordered detained. Defense counsel later formally entered their appearance in the Eastern District of Virginia and have represented they plan to conduct a preliminary hearing and/or detention hearing in the Eastern District of Virginia when Defendant arrives.

7.      By order dated Friday, February 12, 2021, the Court granted the Government's second motion to extend time to indict up to March 31, 2021 due to the COVID-19 pandemic interfering with the government's ability to present cases to the grand jury.

8.      By order dated Friday, February 12, 2021, the Court ordered that the government arrange for Defendant to be transported to this district without further delay, unless there is good reason for the delay which the government submits to the Court and to defense counsel.

9.      That same day, the United States promptly emailed the order to the United States Marshals (via Nazaire Villiere) while copying defense counsel.

10.     Through verbal conversations with the United States Marshals (via Nazaire Villiere), Erausquin was expected to be transported via JPATS airlift from Oklahoma to the Eastern District of Virginia on Wednesday, February 17, 2021. The United States then learned on Wednesday, February 17, 2021 that the flight had been canceled due to inclement weather. The United States notified defense counsel of the canceled flight via email and stated the U.S. Marshals were determining when they would next be able to fly in Defendant.

11.     Through additional conversations between the U.S. Attorney's Office and Chief Deputy U.S. Marshal Shannon Saylor, the undersigned has learned that the last two JPATS airlifts scheduled to fly into this region of the country had been canceled due to COVID outbreaks and inclement weather. The undersigned has additionally learned that as it relates to

future JPATS flights, the manifested inmates are COVID tested within 48 hours of a JPATS flight departure. If a percentage of the inmates test positive the flight is canceled. The next JPATS Airlift is scheduled into this region on March 8, 2021 and Defendant is scheduled to be on that flight.

                                      Respectfully submitted,

                                      RAJ PAREKH
                                      ACTING UNITED STATES ATTORNEY

                                      _____/s/_____
                                      Maureen C. Cain
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      2100 Jamieson Avenue
                                      Alexandria, Virginia 22314
                                      Phone: (703) 299-3892
                                      Maureen.Cain@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will provide notice to counsel of record.

                                                  /s/
Maureen C. Cain
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3892
Maureen.Cain@usdoj.gov