IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)   1:20-mj-312 (JFA)<br>MATTHEW J. ERAUSQUIN,   )<br>a/k/a MATT HAMMOND,   )<br>)<br>Defendant. | |

## ORDER

Defense counsel have raised very troubling issues in their Response to Government Transport Update. [Dkt. No. 19]. On the record before the Court there appears to be no reasonable explanation for either the delay in bringing this defendant, who was arrested in Miami, Florida in the middle of November 2020, into this district, or transporting him from Florida to Oklahoma. Accordingly, it is hereby

ORDERED that the Complaint will be dismissed if the defendant is not produced in this district and housed in the Alexandria Adult Detention Center by Monday, March 8, 2021.

The Clerk is directed to forward copies of this Order to counsel of record and the United States Marshals Service.

Entered this 26 day of February, 2021.

Alexandria, Virginia

/s/
_____
Leonie M. Brinkema
United States District Judge