AO 442 (Rev. 01/09) Arrest Warrant

11203205

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.
Matthew Erausquin, a/k/a Matt Hammond

*Defendant*

Case No. 1:20-MJ-312-JFA

**UNDER SEAL**

FILED
MAR 8 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Matthew Erausquin a/k/a Matt Hammond

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Between on or about June 2017 through September 2019, the defendant engaged in sex trafficking of minors in the Eastern District of Virginia in violation of 18 U.S.C. Sections 1591(a)(1), (b)(2), and (c).

Date: 11/16/2020

City and state: Alexandria, VA

John F. Anderson
Digitally signed by John F. Anderson
Date: 2020.11.16 11:37:46 -05'00'

*Issuing officer's signature*

John F. Anderson, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/17/20, and the person was arrested on *(date)* 3/5/21
at *(city and state)* Alexandria, VA

Date: 3/8/21
# on behalf of FBI

*Arresting officer's signature*

S. Venuti
*Printed name and title*