AO 470 (8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| v. | |
| Matthew Erausquin | CASE NO. 1:20-MJ-312 |

Upon motion of the United States Government, it is hereby ORDERED that a <u>detention hearing</u> is hereby set for __3/22/21_____ at ___2:00 pm_____ before the Honorable <u>Michael S. Nachmanoff</u> via Alexandria Remote. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date:3/8/21

_____
Theresa Carroll Buchanan
United States Magistrate Judge

\*If not held immediately upon defendant's first appearance, the hearing maybe continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant.  18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.