|  |  |
|---|---|
|  | TYPE OF HEARING: PH/DH |
|  | CASE NUMBER: 1:20-mj-312 |
|  | MAGISTRATE JUDGE: MSN |
|  | DATE: 3/22/2021 |
| EASTERN DISTRICT OF VIRGINIA | TIME: 2:36 pm - 4:22 pm |
|  | TAPE: FTR RECORDER |
| UNITED STATES OF AMERICA | DEPUTY CLERK: L. Creek |
| VS. |  |
| Matthew Erausquin |  |

GOVT. ATTY ____Maureen Cain

DEFT. ATTY: Frank Salvato/Chris Amolsch_____

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (   )
COURT TO APPOINT COUNSEL (   )

Matter came on for PH/DH. Govt adduced evidence. Govt rests. Govt's Exhibit 1 admitted into evidence. Court finds PC. Govt seeks detention. Deft argued for bond-GRANTED. Matter continued for further proceedings before the Grand Jury. Deft  pending meeting all conditions.

_____

PROBABLE CAUSE FOUND (   ) / NOT FOUND (   )

BOND _____

_____

_____

NEXT COURT APPEARANCE _____ TIME _____

_____