IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 1:20-MJ-312 |
| | ) |
| MATTHEW ERAUSQUIN, | ) |
| a/k/a MATT HAMMOND | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons stated therein, the Joint Motion to Extend Time Period for Indictment is granted and the period to indict is extended up to and including April 30, 2021.

The period of this extension is excludable time for the reasons stated in the aforementioned Motion. No further extension will be permitted.

Date: March 23, 2021
Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge