IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | No.: 1:20MJ312 |
| | : | |
| MATTHEW ERAUSQUIN | : | |
| Defendant. | : | |

PROPOSED ORDER

THIS CAUSE came on this 30th day of March, 2021 upon the Motion of Mr. Erausquin regarding his conditions of release; and

IT APPEARING that said Motion is proper and that good cause has been shown; it is therefore

ORDERED that the Motion be and hereby is GRANTED; it is further

ORDERED that Mr. Erausquin is permitted to travel from the Middle District of Pennsylvania to the Eastern District of Virginia so that he might meet with Counsel, both now and in the future, for as long as he remains on pretrial release; and it is further

ORDERED that Counsel need not file a Motion with the Court each time Mr. Erausquin wishes to travel from the Middle District of Pennsylvania to the Eastern District of Virginia so that he might meet with Counsel, as long as Mr. Erausquin first obtains the permission of his pretrial services officer.

ENTERED this 30th day of March, 2021.

                                                              /s/
_____
The Honorable Michael S. Nachmanoff
United States Magistrate Judge